IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WANDA McCANN-SMITH,

    Plaintiff,

v.

ST. MARY'S HOSPITAL,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-200-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant St. Mary's Hospital granting its motion for summary judgment and dismissing this case.

_____  _____
Peter Oppeneer, Clerk of Court                Date

6/12/2012